MAX WULFSOHN and Others, Doing Business under the Firm-Name and Style of M. WULFSOHN & COMPANY, Appellants, v. RUSSIAN SOCIALIST FEDERATED

SOVIET OF RUSSIA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.